# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLON BAUTISTA TROCHEZ,<br>Petitioner,<br>v.<br>DAVID J. VENTURELLA, et al.,<br>Respondents. | Case No. 1:26-cv-08309-KES-EPG-HC<br><br>ORDER DIRECTING ATTORNEY CABALLERO TO AMEND PRO HAC VICE APPLICATION |

Before the Court is the application of Mario Caballero, attorney for Petitioner, for admission to practice *pro hac vice*. (ECF No. 5.) Therein, Mr. Caballero states that he has concurrently or within the year preceding this application made a *pro hac vice* application to this Court but fails to list the name and case number of each matter in which the application was made. (Id. at 1.)

Accordingly, Mr. Caballero is DIRECTED to file an amended application correcting this deficiency.

IT IS SO ORDERED.

Dated: **October 22, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE