FILED

OCT 2 2 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN
DEPUTY CLERK

United States District Court
Eastern District of California

ARLON BAUTISTA TROCHEZ
Plaintiff(s)

V.

DAVID J. VENTURELLA et al.
Defendant(s)

Case Number: 1:26-cv-08309-KES-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, MARIO CABALLERO hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
ARLON BAUTISTA TROCHEZ

On 11/07/1986 (date), I was admitted to practice and presently in good standing in the STATE BAR OF TEXAS (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/19/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: MARIO CABALLERO

Law Firm Name: CABALLERO LAW OFFICE

Address: 10109 HAMMERLY BLVD

City: HOUSTON State: TX Zip: 77080

Phone Number w/Area Code: (713) 468-1111

City and State of Residence: HOUSTON, TEXAS

Primary E-mail Address: MARIOCAB@SBCGLOBAL.NET

Secondary E-mail Address: CABALLERO.LAW.OFC@LIVE.COM

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina

Law Firm Name: The Law Office of Vanessa Molina

Address: 120 Vantis Drive, Suite 300

City: Aliso Viejo State: CA Zip: 92656

Phone Number w/Area Code: 619-790-4300 Bar # 325672

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/22/26

JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 13, 2026

Re: Mario Caballero, State Bar Number 03568900

To Whom It May Concern:

This is to certify that Mario Caballero was licensed to practice law in Texas on November 07, 1986, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253